UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

BRIDGIT BROWN,

    Petitioner

v.                                 CIVIL ACTION NO. 2:09-0735

DONNA ZICKEFOOSE, Warden,
FCI Danbury,

    Respondent

## MEMORANDUM OPINION AND ORDER

The court having received the proposed findings and recommendation of the United States Magistrate Judge filed on July 16, 2009, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either the respondent or the petitioner to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, accordingly, ORDERED that the petitioner's letter-form motion for relief pursuant to 18 U.S.C. § 3621(e)(2)(B), construed by the Clerk as having been filed pursuant to 28 U.S.C. § 2241, be, and it hereby is, denied.

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), petitioner must file any appeal within 60 days after entry of the Judgment in this action.  The failure within that period to file with the Clerk of this court a notice of appeal of the Judgment will render this memorandum opinion and order and the Judgment final and unappealable.

The Clerk is directed to forward copies of this written opinion and order to the pro se petitioner, all counsel of record, and the United States Magistrate Judge.

DATED: August 17, 2009

John T. Copenhaver, Jr.
United States District Judge

2